# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# CHICAGO DIVISION

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Gregory Phillip Roland** | : | Case No.: 13-22973 |
| | : | Chapter 13 |
| **Debtor(s).** | : | Judge Eugene R. Wedoff |
| | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | |
| | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL FOR CREDITOR

Now comes Keith Levy, who shall be substituted for Shara C. Cornell as counsel of record for creditor Bank of America, N.A. ("Creditor"). Shara C. Cornell is no longer counsel for Creditor.

/s/ Keith Levy
Keith Levy (6279243)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
kl1@manleydeas.com

15-016205_PS

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Substitution of Counsel for Creditor was served on the parties listed below via e-mail notification:

U.S. Trustee, Patrick S. Layng, Office of the United States Trustee, Region 11, 219 S. Dearborn Street, Room 873, Chicago, IL 60604

Marilyn O. Marshall, 224 South Michigan, Suite 800, Chicago, IL  60604

Mohammed O. Badwan, Attorney for  Gregory Phillip Roland, Sulaiman Law Group, LTD, 900 Jorie Blvd Ste 150, Oak Brook, IL  60523, mbadwan@sulaimanlaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, from 1400 Goodale Blvd,  Grandview Heights, OH 43212, on September 29, 2015:

Gregory Phillip Roland, 1702 Beech Road, Mount Prospect, IL  60056

Gregory Phillip Roland, 1702 North Beech Road, Mount Prospect, IL 60056

First Horizon/First Tennessee Bank, Attn: Bankruptcy, Po Box 1469, Knoxville, TN  37901

/s/ Keith Levy

15-016205_PS

**MANLEY DEAS KOCHALSKI LLC**
**P.O. BOX 165028**
**COLUMBUS OH  43216-5028**


Gregory Phillip Roland
1702 Beech Road
Mount Prospect, IL  60056




Gregory Phillip Roland
1702 Beech Road
Mount Prospect, IL  60056


15-016205_PS

**MANLEY DEAS KOCHALSKI LLC**
**P.O. BOX 165028**
**COLUMBUS OH  43216-5028**

Gregory Phillip Roland
1702 North Beech Road
Mount Prospect, IL  60056

Gregory Phillip Roland
1702 North Beech Road
Mount Prospect, IL  60056

15-016205_PS

**MANLEY DEAS KOCHALSKI LLC**
**P.O. BOX 165028**
**COLUMBUS OH  43216-5028**


First Horizon/First Tennessee Bank
Attn: Bankruptcy
Po Box 1469
Knoxville, TN  37901


First Horizon/First Tennessee Bank
Attn: Bankruptcy
Po Box 1469
Knoxville, TN  37901


15-016205_PS

15-016205_PS